**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**CYNTHIA D. JILES**                                                                           **PLAINTIFF**

**VERSUS**                              **CIVIL ACTION NO.: 3:06CV16TSL-AGN**

**FREDERICK PESINA AND LONE STAR**
**TRANSPORTATION, INC.**                                           **DEFENDANTS**

## AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS DAY, this cause came to be heard on the agreed motion of the parties to dismiss this action with prejudice, and the Court, having considered the motion and being advised in the premises, finds that this motion is well taken and should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that this litigation is fully and finally dismissed with prejudice, that all of the Plaintiff's claims are dismissed with prejudice, with each party to bear their own costs.

SO ORDERED AND ADJUDGED this 5th day of January, 2007.

                                                                     /S/ TOM S. LEE
                                                                     UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED:

| /s/ Raymond H.B. Fraser | /s/ Frank C. Jones |
|---|---|
| Raymond H.B. Fraser, Esq. | Frank C. Jones, Esq. |
| PAGE, KRUGER & HOLLAND, P.A. | BLACKMON & BLACKMON, PLLC |
| Post Office Box 1163 | Post Office Drawer 105 |
| Jackson, MS  39215-1163 | Canton, Mississippi 39046 |
| Attorney for Defendant | Attorney for Plaintiff |